UNITED STATES DISTRICT COURT OF THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOLOMON SHARBAT, SOLOMON CAPITAL LLC, SOLOMON CAPITAL 401K TRUST, SHELHAV RAFF,<br><br>PLAINTIFFS,<br><br>V.<br><br>IOVANCE BIOTHERAPEUTICS, INC., F/K/A LION BIOTECHNOLOGIES INC. F/K/A GENESIS BIOPHARMA INC., AND MANISH SINGH<br><br>DEFENDANTS. | **ORDER RE COMPLIANCE DEADLINE FOR OCTOBER 19, 2021 ORDERS REGARDING DISCOVERY**<br><br>DOCKET NUMBER: 1:20-CV-01391-ER |

The parties, through their counsel, appeared for a telephonic status conference on January 5, 2022. Upon hearing from counsel for the parties, and in accordance with the Court's Orders at the telephonic hearing in this matter conducted on October 19, 2021, as reflected at pages 4:19-24, 5:20-24. 7:8-10, 8:15-17, and 10:8-13 of the transcript of the October 19, 2021 hearing (ECF Dkt. No. 64),

**IT IS HEREBY ORDERED** that no later than January 19, 2022, plaintiffs Solomon Sharbat, Solomon Capital LLC, Solomon Capital 401k Trust, and Shelhav Raff ("plaintiffs") shall, as directed at the October 19, 2021 hearing:

1. Match all email attachments plaintiffs produced in discovery to the emails to which they were attached;

2. Submit an affirmation from their counsel indicating that counsel has made a thorough search of the documents and audio recordings in plaintiffs' possession, custody and control, and that plaintiffs have produced all non-privileged documents and audio recordings which are responsive to defendants' requests for production of documents; and

3. Identify the grounds for any redactions in documents produced and any documents withheld.

**SO ORDERED.**

Dated: January 5, 2022
      New York, New York

Honorable Edgardo Ramos
United States District Judge