```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED:  1/25/2022
```

**VIA EMAIL**
Hon. Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

January 25, 2022

*Re: SHARBAT v. IOVANCE BIOTHERAPEUTICS, INC., 20-CV-01391-ER*

Dear Honorable Judge Eduardo Ramos:

As you are well aware Solomon Capital, including both Solomon Sharbat and Shelhav Raff, is represented by Attorney Simon Schwarz in a litigation matter currently in que. We received distressing news on Sunday January 23, 2022, that our Attorney Simon Schwarz suffered a stroke while at Synagogue. He was rushed to the hospital and is currently in the ICU surgery unit of Maimonides Hospital.

I write you today and not earlier because we were chiefly concerned about Attorney Schwarz's health. As of today, Mr. Schwarz's family and attending physician report that he will require at least 60 days to recover from the event, in order to effectively continue prosecuting this case. We ask humbly that Your Honor please grant us the 60 day adjournment of all proceedings because of these unforeseen circumstances. As you know I have been in litigation since January 2020. As of today, Mr. Schwarz is most familiar and experienced in this case and I need his loyal representation to take the action to trial. Accordingly, we respectfully request that during the 60 day adjournment, including all briefing of the pending motion to compel depositions and any motion for summary judgment as well.

We ask that you please notify us as soon as you can as to your decision. We are all in daily prayer for Attorney Schwarz's speedy and full recovery.

Respectfully yours,

Solomon Sharbat