UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SOLOMON SHARBAT, SOLOMON CAPITAL LLC, SOLOMON CAPITAL 401k TRUST, and SHELHAV RAFF,

                Plaintiffs,

– against –

IOVANCE BIOTHERAPEUTICS, INC., f/k/a LION BIOTECHNOLOGIES, INC., f/k/a GENESIS BIOPHARMA INC.,

                Defendants.

**ORDER**

20 Civ. 1391 (ER)

Ramos, D.J.:

      Solomon Sharbat, Solomon Capital LLC, Solomon Capital 401k Trust, and Shelhav Raff bring this suit against Iovance Biotherapeutics ("Iovance") for breach of contract and related claims. On January 19, 2022, following the close of discovery, Plaintiffs filed a motion to compel discovery. Doc. 97. However, Plaintiffs' motion and supporting memorandum of law were filed incorrectly and bounced by ECF. Docs. 97, 98. Defendant's opposition to the motion was originally due on January 26, 2022. Doc. 99.

      On January 25, 2022, Sharbat informed the Court and Defendant's counsel via email that Plaintiffs' counsel had suffered a serious health incident and requested that the Court adjourn all deadlines for sixty days. The Court granted that request. *See* ECF No. 100. On February 8, 2022, Sharbat informed the Court and Defendant's counsel via email that Plaintiffs' counsel had passed away, and requested until the scheduled April 7, 2022 case management conference to retain new counsel.

      On March 25, 2022, approximately sixty days after Plaintiffs' counsel filed their motion

to compel, Defendant filed its opposition to the motion.  Docs. 102–06.

The parties are reminded that a telephonic case management conference in this matter is scheduled for **April 7, 2022 at 4:30 pm.**  The parties are instructed to call (877) 411-9748 and enter the access code 3029857# when prompted.

Furthermore, Plaintiffs are requested to advise the Court at the April 7 conference whether they wish to re-file their motion to compel or whether they will withdraw it.  The Court will address the briefing schedule for Defendant's anticipated motion for summary judgment at that time.  All briefing deadlines will remain **stayed** until further order of the Court.

It is SO ORDERED.

Dated:   March 29, 2022
         New York, New York

_____
Edgardo Ramos, U.S.D.J.