

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/6/2022__

April 6, 2022

**Via ECF**
The Honorable Edgardo Ramos, U.S.D.J.
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

    **Re: MBA Sharbat Holdings, Inc. v. Iovance Biotherapeutics, Inc., et al.**
    **Case No. 1:20-cv-01391-ER**

Dear Judge Ramos:

    We write with regard to the Conference set for April 7, 2022. Due to my unavailability for the conference scheduled for Thursday, April 7, 3033 at 2:00 pm, we request that the Court adjourn the conference for the following week.

    Thank you.

                                                             Respectfully Submitted,

                                                              Richard A. Roth

cc:  Counsel of Record (via ECF)

---

The conference is adjourned to April 15, 2022 at 10:30 a.m.  At that time, the Court will hear the matter in Iovance's April 5 letter, doc. 113.  Plaintiff is directed to submit a written response not longer than 3 pages by Monday, April 11, 2022. The parties are directed to call (877) 411-9748 and enter access code 3029857# when prompted.  The Clerk of the Court is respectfully directed to terminate the motion, doc. 113.
SO ORDERED.

                                                                    _____
                                                                    Edgardo Ramos, U.S.D.J
                                                                    Dated: __4/6/2022_____
                                                                    New York, New York