| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | : | |
| | : | |
| MBA SHARBAT HOLDINGS INC, a Wyoming corporation, | : | Index No: 1:20-cv-01391-ER |
| | : | |
| Plaintiff | : | **RENEWED**<br>**MOTION FOR ORDER OF** |
| against | : | **ADMISSION PRO HAC VICE OF** |
| | : | **PHILIP H. STILLMAN** |
| IOVANCE BIOTHERAPEUTICS, INC, a Delaware corporation, as and for itself and as successor in interest to and part of a common business enterprise with LION BIOTECHNOLOGIES INC., a Nevada corporation and GENESIS BIOPHARMA, INC., a Nevada corporation, | : : : | |
| | : | |
| Defendants. | : | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Philip H. Stillman hereby moves this Court for an Order of Admission to practice pro hac vice and to appear as counsel for Plaintiff MBA Sharbat Holdings Inc. in the above captioned action.

Attorney Stillman is in good standing with the State Bar of California (SBN 156861) (Exhibit A) and he has informed us that there are no pending disciplinary proceedings against Attorney Stillman in any state or Federal court. Attorney Stillman has never been convicted of a felony. Attorney Stillman has never been censured, suspended, disbarred or denied admission or readmission by any court.

Attorney Stillman's Declaration as required by Local Rule 1.3 is attached hereto.

DATE: April 15, 2022                          Respectfully submitted,
.
                                                          THE ROTH LAW FIRM PLLC

By:    /s/ Richard A. Roth\_\_\_
        Richard A. Roth
        Attorneys for MBA Sharbat Holdings, LLC
        295 Madison Ave.
        New York, New York 10017
        (212) 542-8882
        rich@rrothlaw.com

STILLMAN & ASSOCIATES

By    /s/ *Philip H. Stillman*
        Philip H. Stillman
        admission *pro hac* pending
        Attorney for MBA Holdings, LLC
        3015 N Bay Rd., Ste. B
        Miami Beach, FL 32140
        (888)-235-4279
        pstillman@stillmanassociates.com

**PROOF OF SERVICE**

I, the undersigned, certify under penalty of perjury that on April 15, 2022 copies of the foregoing NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT was served electronically by the Court's ECF notice to all persons/entities requesting special notice or otherwise entitled to the same.

By: /s/ *Richard Roth*
Attorney for MBA Sharbat Holdings, LLC