| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK : | |
| : | |
| MBA SHARBAT HOLDINGS INC, a Wyoming corporation, : | Index No: 1:20-cv-01391-ER |
| : | **DECLARATION OF PHILIP H. STILLMAN PURSUANT TO LOCAL RULE 1.3(c)** |
| Plaintiff : | |
| against : | |
| IOVANCE BIOTHERAPEUTICS, INC, a Delaware corporation, as and for itself and as successor in interest to and part of a common business enterprise with LION BIOTECHNOLOGIES INC., a Nevada corporation and GENESIS BIOPHARMA, INC., a Nevada corporation, : : : | |
| Defendants. : | |

I, PHILIP H. STILLMAN, declare under penalty of perjury as follows:

1. I make this Declaration in support of my Motion For Admission Pro Hac Vice in this action pursuant to Local Rule 1.3(c). I have personal knowledge of the matters stated herein and can testify competently to each if called as a witness.

2. I am a member in good standing of the State Bar of California as shown on the attached Certificate.

3. I have not been charged or convicted of a felony is any court.

4. I have not been censured, suspended, disbarred or denied admission of readmission by any court.

5. There are no disciplinary proceedings pending against me.

1

2

      Executed under penalty of perjury pursuant to the laws of the United States this 1st day of April 2020 in Miami Beach, Florida.

*Philip H. Stillman*
Philip H. Stillman

## **PROOF OF SERVICE**

I, the undersigned, certify under penalty of perjury that on March 31, 2021 or as soon as possible thereafter, copies of the foregoing DECLARATION OF PHILIP H. STILLMAN PURSUANT TO LOCAL RULE 1.3(c) was served electronically by the Court's ECF notice to all persons/entities requesting special notice or otherwise entitled to the same.

By: /s/ *Richard Roth*
Attorney for MBA Sharbat Holdings, LLC