**UNITED STATES DISTRICT COURT**    :
**SOUTHERN DISTRICT OF NEW YORK**

   :

MBA SHARBAT HOLDINGS INC, a    :    Index No: 1:20-cv-01391-ER
Wyoming corporation,

   :

           Plaintiff    :    **[PROPOSED]**
                                                       **ORDER FOR THE**
     against    :    **ADMISSION PRO HAC VICE OF**
                                                       :    **PHILIP H. STILLMAN**

IOVANCE BIOTHERAPEUTICS, INC, a    :
Delaware corporation, as and for itself and as
successor in interest to and part of a common    :
business enterprise with LION
BIOTECHNOLOGIES INC., a Nevada    :
corporation and GENESIS BIOPHARMA,
INC., a Nevada corporation,    :

   :

           Defendants.

   :

             IT IS HEREBY ORDERED that, upon reviewing the application for the admission of

attorney Phillip Stillman, *pro hac vice,* the motion is hereby granted and Mr. Stillman may

appear on the record on behalf of plaintiffs.

 

                                           _____

                                           Edgardo Ramos, U.S.D.C.