**MEMO ENDORSED**



**TroyGould pc**

1801 Century Park East, 16th Floor
Los Angeles, California 90067-2367
**Tel** (310) 553-4441 | **Fax** (310) 201-4746
www.troygould.com

Russell I. Glazer • (310) 789-1216 • rglazer@troygould.com

File No. 03424-0008

April 26, 2022

**BY ECF FILING**

> Defendant Iovance Biotherapeutics' request for an extension to respond is granted.  SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: __April 27, 2022__
> New York, New York

Hon. Edgardo Ramos
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007
Courtroom 619
ChambersNYSDRamos@nysd.uscourts.gov

Re: *Sharbat et al v. Iovance Biotherapeutics, Inc. et al.*
    1:20-cv-01391-ER

Dear Judge Ramos:

I write on behalf of Defendant Iovance Biotherapeutics, Inc. ("Iovance") regarding the Minute Entry that the Court issued on April 20, 2022, which set the briefing schedule for Iovance's forthcoming Rule 11 motion. According to the Minute Entry, Iovance's reply will be due on June 16, 2022. However, as I informed the Court at the hearing in this matter on April 15, 2022, I will be traveling between June 3 and June 19. I therefore requested that the reply be due on June 26, 2022, and the Court agreed to my request.

For the Court's convenience, a copy of the pertinent excerpts of the hearing are attached hereto as Exhibit A. *See* 13:12–18 ("MR. GLAZER: Your Honor, I'm going to be out of the country between June 3 and June 19. Is it possible to give me an additional week beyond that to, say, June 26 for our response? . . . THE COURT: OK. June 26.").

Given that June 26 is a Sunday, I request that Iovance's reply deadline be extended to and including June 27, 2022.

Thank you for your consideration of this matter.

Very truly yours,

Russell I. Glazer