UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SOLOMON SHARBAT, SOLOMON CAPITAL LLC, SOLOMON CAPITAL 401(K) TRUST, and SHELHAV RAFF,

                Plaintiffs,

– against –

IOVANCE BIOTHERAPEUTICS, INC. *formerly known as* Lion Biotechnologies, Inc., *formerly known as* Genesis Biopharma, Inc.,

                Defendant.

**ORDER**
20 Civ. 1391 (ER)

Ramos, D.J.:

    Before the Court is the request of Shelhav Raff for an extension of time to obtain counsel so that he may prosecute his claim for unjust enrichment. Doc. 160. The Court hereby grants Raff **sixty (60) days** to obtain counsel, by April 28, 2023.

    In light of Raff's stated intention to prosecute his case for unjust enrichment, Solomon Sharbat, Solomon Capital LLC, and Solomon Capital 401(k) Trust, are directed to advise the Court how they wish to proceed by Thursday, March 2, 2023.

It is SO ORDERED.

Dated:   February 27, 2023
           New York, New York

                                                      Edgardo Ramos, U.S.D.J