UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SOLOMON SHARBAT, SOLOMON CAPITAL LLC, SOLOMON CAPITAL 401(K) TRUST, and SHELHAV RAFF,

        Plaintiffs,

– against –

IOVANCE BIOTHERAPEUTICS, INC. *formerly known as* Lion Biotechnologies, Inc., *formerly known as* Genesis Biopharma, Inc.,

        Defendant.

**ORDER**
20 Civ. 1391 (ER)

---

Ramos, D.J.:

    Before the Court is the request of Solomon Sharbat—ostensibly on behalf of himself, Solomon Capital LLC, and Solomon Capital 401(k) trust (together, the "Sharbat Parties")—for an extension of time to obtain counsel so that they may prosecute the claim for unjust enrichment.  Doc. 166.  **The Court hereby grants the Sharbat Parties until April 28, 2023 to obtain counsel**.

It is SO ORDERED.

Dated:   March 3, 2023
           New York, New York

                                                          Edgardo Ramos, U.S.D.J