UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SOLOMON SHARBAT, SOLOMON CAPITAL LLC, SOLOMON CAPITAL 401(K) TRUST, *and* SHELHAV RAFF,

      Plaintiffs,

– against –

IOVANCE BIOTHERAPEUTICS, INC. *formerly known as* Lion Biotechnologies, Inc., *formerly known as* Genesis Biopharma, Inc.,

      Defendant.

**ORDER**

20-cv-1391 (ER)

Ramos, D.J.:

  Plaintiff Solomon Sharbat—ostensibly on behalf of himself, Solomon Capital LLC, and Solomon Capital 401(k) Trust (together, "the Sharbat Parties")—has advised the Court via email that he has retained counsel but requests a 30 day extension of time so that new counsel may become acquainted with the record of this case.  The request is GRANTED.  The Court notes, however, that new counsel has not entered an appearance.  New counsel is directed to enter appearance by no later than May 28, 2023.

  The Court further notes that Sharbat failed to copy all counsel on his email to the Court.  He is reminded that all communications with the Court should include all counsel.

  Finally, no counsel appearance has been entered on behalf of Plaintiff Shelhav Raff.  Raff previously requested an extension from the Court to find counsel, which extension expired on April 28, 2023.  Doc. 161.  The Court will grant an additional extension to May 28, 2023.  If new

counsel has not entered an appearance at that time for Raff, and Raff has not requested to proceed by representing himself, his claims will be dismissed for failure to prosecute.

    It is SO ORDERED.

Dated:    May 1, 2023
           New York, New York

                                                Edgardo Ramos, U.S.D.J.