## Chambers NYSD Ramos

| | |
|---|---|
| **From:** | Solomon Sharbat <ssharbat@gmail.com> |
| **Sent:** | Monday, May 8, 2023 11:29 PM |
| **To:** | Hamilton, Rachel E.; Chambers NYSD Ramos |
| **Cc:** | Shelhav88@gmail.com; Glazer, Russell I. |
| **Subject:** | Re: Sharbat et al v. Iovance Biotherapeutics, Inc. et al.cv 01931 |
| **Attachments:** | 2023-05-08 LT Judge Ramos.pdf |

**CAUTION - EXTERNAL:**

Dear Honorable Judge Ramos

I am writing in response to your inquiry regarding the conduct of Attorney Russ Glazer during our deposition, and his failure to comply with New York State laws requiring the use of masks in indoor public spaces.

I cannot overstate the gravity of Attorney Glazer's behavior and the impact it has had on myself and my legal team. As you are aware, both myself and my lawyer fell ill with COVID-19 shortly after the deposition, and my lawyer tragically passed away as a result of complications from the virus. This has been an incredibly difficult time for me and my team, and the loss of my colleague and friend has been devastating.

I believe that Attorney Glazer's conduct was not only unethical but also showed a complete disregard for the safety and well-being of others. By violating New York State laws and attending the deposition without a mask, he put the health and lives of myself and my legal team at risk, with devastating consequences. This behavior is simply unacceptable, and I believe that it warrants serious consideration by the court.

I urge the court to take appropriate action to ensure that this conduct does not go unpunished, and that the plaintiff is given the opportunity to open up the deposition for a fair and just trial. I believe that this is essential in light of Attorney Glazer's conduct and the devastating impact it has had on myself and my team.

In conclusion, I want to reiterate the seriousness of this matter and emphasize the importance of holding Attorney Glazer accountable for his actions. I believe that justice demands nothing less, and I hope that the court will take the appropriate steps to ensure that this conduct does not occur again in the future.
As I tear in humble respect to my late friend who served me with his own life in the end a tragic loss and deep sadness   that will be forever remembered loved  & respected .
Sincerely,

Solomon Sharbat

Sent from my iPhone


> On May 9, 2023, at 3:17 AM, Hamilton, Rachel E. <RHamilton@troygould.com> wrote:
>
> Please see attached correspondence of today's date from Russell Glazer.
>
> Please contact me if you are not able to open the attachment.

1

**Rachel E. Hamilton**
Legal Secretary
(310) 789-1317 - Fax (310) 201-4746
rhamilton@troygould.com
TroyGould PC
1801 Century Park East, Suite 1600
Los Angeles, CA 90067-2367
www.troygould.com

**Notice to Recipient**: This e-mail is meant only for the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of the e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and delete this message from your system. Thank you in advance for your cooperation.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.