UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SOLOMON SHARBAT, SOLOMON CAPITAL LLC, SOLOMON CAPITAL 401(K) TRUST, *and* SHELHAV RAFF,

                Plaintiffs,

– against –

IOVANCE BIOTHERAPEUTICS, INC. *formerly known as* Lion Biotechnologies, Inc., *formerly known as* Genesis Biopharma, Inc.,

                Defendant.

**ORDER**

20-cv-1391 (ER)

Ramos, D.J.:

      On August 21, 2023, Plaintiffs filed a purported opposition to Defendant's motion for summary judgment.  Doc. 194.  The 49-page document is styled as an "Affirmation in Opposition" and includes several extensively copy/pasted and screenshotted emails and text messages, but little case law.  *Id.*  It further attaches an additional 63 pages of composite exhibits without any accompanying declaration to describe the nature of those exhibits.  *Id.*  Plaintiffs failed to file an opposition to Defendant's Rule 56.1 Statement.

      Plaintiffs' opposition brief (Doc. 194) is rejected for failure to comply with this Court's Individual Practices, and the Court grants Plaintiffs until September 8, 2023 to submit an opposition brief not longer than 25 pages, as well as an opposition to Defendant's Rule 56.1 Statement, which comply with this Court's Individual Practices as well as the Local Rules for the Southern District of New York.

Defendant's deadline to file a reply in support of its motion for summary judgment is extended to September 22, 2023.

It is SO ORDERED.

Dated: August 25, 2023
New York, New York

_____
Edgardo Ramos, U.S.D.J.

2