UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SOLOMON SHARBAT, SOLOMON CAPITAL LLC,
SOLOMON CAPITAL 401(K) TRUST, *and* SHELHAV
RAFF,

Plaintiffs,

– against –

IOVANCE BIOTHERAPEUTICS, INC. *formerly known
as* Lion Biotechnologies, Inc., *formerly known as* Genesis
Biopharma, Inc.,

Defendant.

**ORDER**

20-cv-1391 (ER)

Ramos, D.J.:

For the reasons set forth in Defendant's opposition (Doc. 206), Plaintiffs' motion to

compel (Doc. 204) is denied.  Defendant's requests for attorney's fees or other sanctions and/or a

protective order forbidding Plaintiffs from filing further discovery motions is also denied.  Doc.

206.

Plaintiffs' unauthorized reply to Defendant's opposition includes a request for sanctions, a

monetary penalty of $250,00, additional discovery, leave to amend, and a request to reinstate

previously dismissed claims.  Doc. 207.  Those requests are also denied.

It is SO ORDERED.

Dated:    October 16, 2023
          New York, New York

_____
          Edgardo Ramos, U.S.D.J.