**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
SOLOMON SHARBAT, SOLOMON
CAPITAL LLC, SOLOMON CAPITAL
401(K) TRUST, *and* SHELHAV RAFF,

                       Plaintiffs,               20 **CIVIL** 1391 (ER)

      -against-                    **JUDGMENT**

IOVANCE BIOTHERAPEUTICS, INC.
*f/k/a* LION BIOTECHNOLOGIES, INC.
*f/k/a* GENESIS BIOPHARMA, INC.,
*and* MANISH SINGH,

                      Defendants.
-------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion & Order dated October 26, 2023, Iovance's motion for summary judgment is GRANTED. Accordingly, the case is closed.

**Dated:**  New York, New York
       October 27, 2023

                              **RUBY J. KRAJICK**
                              **Clerk of Court**

              **BY:** _____
                               **Deputy Clerk**