UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SOLOMON SHARBAT, SOLOMON CAPITAL LLC,
SOLOMON CAPITAL 401(K) TRUST, SHELHAV RAFF,

        PLAINTIFFS,

v.

IOVANCE BIOTHERAPEUTICS, INC., F/K/A LION
BIOTECHNOLOGIES INC. F/K/A GENESIS BIOPHARMA,
INC., AND MANISH SINGH,

        DEFENDANTS.

CIVIL ACTION NO: 1:20-CV-01391

**JUDGMENT**

---

It is hereby **ORDERED, ADJUDGED AND DECREED** that defendant Iovance Biotherapeutics, Inc. f/k/a Lion Biotechnologies, Inc. f/k/a Genesis Biopharma, Inc. shall recover from plaintiffs Solomon Sharbat, Solomon Capital LLC, Solomon Capital 401(k) Trust, and Shelhav Raff, jointly and severally, the amount of six hundred forty nine thousand nine hundred thirty nine dollars and twenty cents ($649,939.20).

Dated: September 23, 2024

        HON. EDGARDO RAMOS

        _____
        Edgardo Ramos, U.S.D.J.